WILL OF ROBINSON: ROBINSON and others, Appellants, vs. McGOVERN, Respondent.

For the appellants: *H. T. Ferguson* of Milwaukee.

For the respondent: *Benjamin Poss,* attorney, and *H. W. Schuler* of counsel, both of Milwaukee.

*By the Court.*—Order affirmed.

ROSENBERRY, C. J., took no part.

A motion for a rehearing was denied, with $25 costs, on June 23, 1930.

WIEDNER, Respondent, vs. SMITH and another, Appellants.

For the appellants: *A. J. Whitcomb* of Oconto.

For the respondent: *Schubring, Ryan, Clarke & Petersen* of Madison.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, without costs, on June 23, 1930.

WM. NOLL HARDWARE COMPANY, Appellant, vs. SEIDL, Respondent.

For the appellant: *R. R. Williams* of Marshfield.

For the respondent: *Wayne E. Deming* of Marshfield.

*By the Court.*—Judgment affirmed.